Steven T. Lowe SBN 122208
steven@lowelaw.com
Kris S. LeFan SBN 278611
kris@lowelaw.com
Lowe | LeFan
8383 Wilshire Suite #1038
Beverly Hills, CA 90211
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Stevenson Moore V
(admitted *pro hac vice*)
smoore@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600

**ATTORNEYS FOR PLAINTIFF
MOBILEEXP, LLC**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILEEXP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> XHE, INC., <br><br> Defendant. | Civil Action No. 2:18-cv-06863-RGK-SS <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> **JURY TRIAL DEMANDED** |

Plaintiff MobileExp, LLC ("Plaintiff"), by and through its undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action WITH prejudice against Defendant Xhe, Inc. ("Defendant"). Prior to the filing of this notice, Defendant has yet to file an answer or motion for summary judgment.

NI, WANG & MASSAND, PLLC

Dated: November 16, 2018

*/s/ Stevenson Moore V*
By:_____
STEVENSON MOORE V

Attorney for Plaintiff
MOBILEEXP, LLC